FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00169-CV

**IN THE INTEREST OF I.I.T., J.J.T., AND R.A.T., III, CHILDREN**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00154
Honorable Susan D. Reed, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before July 26, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court